MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
  lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Attorneys for Defendants
Brian Cho and Robert Attermann

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>AAA ABC ACQUISITION, LLC,<br>        Debtors in Possession. | Lead Case No. 2:24-bk-11384-VZ<br><br>Chapter 11<br><br>Jointly Administered With:<br>Case No. 2:24-bk-11385-VZ<br>Case No. 2:24-bk-11386-VZ<br><br>Adv. No. 2:24-ap-01158-VZ<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>[No Hearing Required] |
| In re<br>ABRAMS ARTISTS AGENCY, LLC,<br>        Debtors in Possession. | |
| In re<br>A3 ARTISTS AGENCY, LLC,<br>        Debtors in Possession. | |
| AAA ABC ACQUISITION, LLC; ABRAMS ARTISTS AGENCY, LLC; and A3 ARTISTS AGENCY, LLC,<br><br>                      Plaintiffs,<br>   v.<br><br>BRIAN CHO and ROBERT ATTERMANN,<br><br>                      Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Lesnick Prince & Pappas LLP, attorneys for Defendants Brian Cho and Robert Attermann, has changed its name to Lesnick Prince Pappas & Alverson LLP. The firm's address, telephone number and fax number remain the same.

DATED:  January 17, 2025                    LESNICK PRINCE PAPPAS & ALVERSON LLP


By:  /s/ Matthew A. Lesnick
    Matthew A. Lesnick
    Counsel for Defendants
    Brian Cho and Robert Attermann

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Lesnick Prince Pappas & Alverson LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FIRM NAME CHANGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/17/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Carolyn A Dye**    trustee@cadye.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/17/2025 | Janet A. Mack | /s/ Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**